Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com
**Attorneys for Plaintiff**
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**EL CHAMIZAL, LLC, A NEVADA LIMITED LIABILITY COMPANY AND JUAN MORENO, INDIVIDUALLY AND DBA EL CHAMIZAL, AKA EL CHAMISAL RESTAURANT,**<br><br>Defendants. | Case No.:  2:12-cv-1905 -APG-CWH<br><br>**DEFAULT JUDGMENT**<br><br>**ON SECOND AMENDED COMPLAINT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure Plaintiff has moved for Default Judgment on its Second Amended Complaint.  Good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants be held liable to Plaintiff for damages for violation of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (ii) in the amount of $30,000.

**IT IS SO ORDERED** this 30th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE