Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone: (702) 445-7000
Fax: (702) 385-7743
Email: ron@reynoldslawyers.com
mac@reynoldslawyers.com
**Attorneys for Plaintiff**
J&J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,**  Plaintiff,  vs.  **EL CHAMIZAL, LLC, A NEVADA LIMITED LIABILITY COMPANY AND JUAN MORENO, INDIVIDUALLY AND DBA EL CHAMIZAL, AKA EL CHAMISAL RESTAURANT,**  Defendants. | Case No.: 2:12-cv-1905 -APG-CWH  **DEFAULT JUDGMENT ON SECOND AMENDED COMPLAINT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure Plaintiff has moved for Default Judgment on its Second Amended Complaint. Good cause appearing,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants be held liable to Plaintiff for damages for violation of 47 U.S.C. § 605(e)(3)(C)(i)(II) and (ii) in the amount of $30,000.

**IT IS SO ORDERED** this 30th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE