UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>EL CHAMIZAL, LLC, et al.,<br>　　　　　Defendants. | Case No. 2:12-cv-01905-APG-CWH<br><br>**ORDER ON ATTORNEYS' FEES**<br>(Dkt. #26) |

　　　　In a prior order, I set aside plaintiff J & J Sports Productions, Inc.'s default and default judgment against defendants. (Dkt. #23.) I conditioned the setting aside on defendants' payment of plaintiff's reasonable attorney's fees. I requested that J&J submit an affidavit and supporting documentation so that I may determine an award of reasonable fees, and it did so. (Dkt. #26.)

　　　　J&J requests attorneys' fees in the amount of $1,435.00. J&J's affidavit and supporting evidence shows that its attorneys billed 4.1 hours on work relevant to the default and default judgment, and J&J proposes a reasonable rate of $350 per hour. (*Id.*) I have considered the various lodestar factors,[1] and I find the amount of time J&J's attorneys billed, and its proposed rate of $350 per hour, to be reasonable.

　　　　IT IS THEREFORE ORDERED that plaintiff J & J Sports Productions, Inc. is awarded attorneys' fees in the amount of $1,435.00. Those fees are to be paid within 21 days of entry of this Order.

　　　　DATED this 3rd day of March, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *Hensley v. Eckerhart*, 461 U.S. 424, 433, 103 S. Ct. 1933, 1939, 76 L. Ed. 2d 40 (1983).