# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | Case No. 2:12-cv-01905-APG-CWH |
| Plaintiff, | |
| v. | ORDER |
| JUAN MANUEL MORENO, et al., | |
| Defendants. | |

On February 17, 2015, I granted defendants' motion to set aside the entry of default and default judgment and ordered the defendants to file an answer on or before March 10, 2015. (Dkt. #25.) However, I conditioned this relief on the defendants paying the plaintiff's reasonable attorney's fees in the amount of $1,435.00, payable within 21 days of March 3, 2015. (*Id.* at 6; Dkt. #27.) No answer has been filed, there is no indication as to whether payment was timely made, and there has been no further activity in the case.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before August 14, 2015.

DATED this 3rd day of August, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE