# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

J & J SPORTS PRODUCTIONS, INC.,
                Plaintiff,

v.

EL CHAMIZAL, LLC, a Nevada Limited
Liability Company, and JUAN MORENO,
individually and d/b/a El Chamizal, a/k/a El
Chamisal Restaurant,
                Defendants.

Case No. 2:12-cv-01905-APG-CWH

**ORDER REINSTATING DEFAULT AND DEFAULT JUDGMENT**

I previously set aside the default and default judgment that had been entered against defendants. (Dkt. #25.) I conditioned that set aside on defendants' payment of plaintiff's reasonable attorney's fees. Defendants were warned that if they did not pay the fees I subsequently awarded, I would reinstate the default and default judgment. (*Id.*) I subsequently awarded plaintiff fees in the amount of $1,435.00, and ordered defendants to pay that amount within 21 days. (Dkt. #27.)

Defendants have not paid those fees. (Dkt. #30.) Nor have they filed an answer to the complaint, responded to my Order requiring a status report (Dkt. #28), or taken any other action in this case. Defendants apparently have abandoned their defense of this case.

IT IS THEREFORE ORDERED that the default and default judgment (Dkt. #19) previously entered against the defendants are reinstated. Judgment is entered in favor of plaintiff J & J Sports Productions, Inc. against the defendants, joint and several, in the amount of $31,435.00, which includes the prior Default Judgment amount plus fees I awarded.

DATED this 12th day of August, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE