AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

J&J Sports Productions, Inc.

Plaintiff,

V.

Juan Manuel Moreno, et al,

Defendant.

**AMENDED DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01905-APG-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of plaintiff, J & J Sports Productions, Inc. against the defendants, joint and several, in the amount of $31,435.00, which includes the prior Default Judgment amount plus fees awarded.

August 12, 2015

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk